NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENERAC POWER SYSTEMS, INC.,**
*Plaintiff-Appellant,*

**v.**

**KOHLER COMPANY,**
*Defendant-Appellee,*

AND

**TOTAL ENERGY SYSTEMS, LLC,**
*Defendant-Appellee.*

---

2013-1311

---

Appeal from the United States District Court for the Eastern District of Wisconsin in No. 11-CV-1120, Judge J. P. Stadtmueller.

---

**JUDGMENT**

---

H. MICHAEL HARTMANN, Leydig, Voit & Mayer, Ltd., of Chicago, Illinois, argued for plaintiff-appellant. With him on the brief were ELEY O. THOMPSON, JOHN K. WINN, and MICHAEL J. BRANDT.

JONATHAN H. MARGOLIES, Michael Best & Friedrich LLP, of Milwaukee, Wisconsin, argued for defendant-appellee Kohler Company. With him on the brief were KATHERINE W. SCHILL, RICHARD H. MARSCHALL and MELANIE J. REICHENBERGER.

AARON T. OLEJNICZAK, Andrus, Sceales, Starke & Sawall LLP, of Milwaukee, Wisconsin, for defendant-appellee Total Energy Systems, LLC. With him on the brief was GEORGE H. SOLVESON.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MAYER, and HUGHES, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 13, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |